# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joel Smith and John Nesse and any successors as Trustees of the Minnesota Laborers Health and Welfare Fund, et al., | Case No. 20-CV-1924 (SRN/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Pelland – Swenson & Assoc. LLC, | |
| Defendant. | |

This matter is before the Court upon the Notice filed by Plaintiff of his voluntary dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED, without prejudice, and with each party to bear their own costs, disbursements, and attorneys' fees.

BY THE COURT:

Dated: November 4, 2020

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge